Fill in this information to identify the case:

United States Bankruptcy Court for the:
District of Maine

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Nguoi Dep, LLC | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | Cong Tu Bot | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 81 – 3556923 | |
| **4. Debtor's address** | **Principal place of business**  57 Washington Ave  Number     Street  Portland, ME 04101  City         State   ZIP Code  Cumberland  County | **Mailing address, if different from principal place of business**  95 Morning St, #2  Number     Street  Portland, ME 04101  City         State   ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number     Street  _____  City         State   ZIP Code |
| **5. Debtor's website (URL)** | www.congtubot.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **1**

Debtor __Nguoi Dep, LLC_____   Case number *(if known)*_____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. §101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. §501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> ___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check **all** that apply:* <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes.  District _____ When _____ Case number _____ <br>                                                      MM / DD / YYYY <br>         District _____ When _____ Case number _____ <br>                                                      MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes.  Debtor _____ Relationship _____ <br>         District _____ When _____ <br>                                                          MM / DD / YYYY <br>         Case number, if known _____ |

Debtor    Nguoi Dep, LLC
　　　　　Name

Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number    Street

_____
City　　　　　　　　　　State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　　☐ 50-99　　☐ 1,000-5,000　　☐ 5,001-10,000　　☐ 25,001-50,000　　☐ 50,000-100,000
☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　　☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　 ☐ More than $50 billion

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page **3**

Debtor  Nguoi Dep, LLC
     Name

Case number *(if known)* _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2024
             MM/ DD/ YYYY

X  /s/ Vien Dobui
Signature of authorized representative of debtor

Printed name: Vien Dobui

Title  Co-Owner

**18. Signature of attorney**

X  /s/ Tanya Sambatakos
Signature of attorney for debtor

Date  03/13/2024
    MM/ DD/ YYYY

Tanya Sambatakos
Printed name

Molleur Law Firm
Firm name

190 Main St., 3rd Fl
Number       Street

Saco                                   ME        04072
City                                   State     ZIP Code

(207) 283-3777                         tanya@molleurlaw.com
Contact phone                          Email address

_____                          ME
Bar number                             State

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page **4**

Fill in this information to identify the case:

Debtor name __Nguoi Dep, LLC__

United States Bankruptcy Court for the: __District of Maine__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration    __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/13/2024__
MM/ DD/ YYYY

X __/s/ Vien Dobui__
Signature of individual signing on behalf of debtor

__Vien Dobui__
Printed name

__Co-Owner__
Position or relationship to debtor

Official Form B202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: Nguoi Dep, LLC

United States Bankruptcy Court for the: District of Maine

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>PO Box 1270<br>Newark, NJ 07101 | | Credit Card | | | | $7,123.22 |
| 2 | American Express<br>PO Box 1270<br>Newark, NJ 07101 | | credit card purchasesCredit Card | | | | $6,248.86 |
| 3 | Ashley Ogando<br>67 Mountfort Street<br>Portland, ME 04101 | | Wage owed through March 11, 2024 | | | | $2,347.25 |
| 4 | Benay Enterprises<br>533 Congress Street<br>Portland, ME 04101 | | Services | | | | $1,500.00 |
| 5 | Bitty Advance<br>1855 Griffin Road<br>Dania, FL 33004 | | Merchant Cash Advance Loan | | | | $29,062.00 |
| 6 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | | Credit Card | | | | $11,264.90 |
| 7 | Darin Gregory<br>206 Spring Street<br>Portland, ME 04102 | | Wage owed through March 11, 2024 | | | | $2,247.04 |
| 8 | Dayton 59, LLC<br>PO Box 4510<br>Portland, ME 04112 | | rent arrearage | | | | $6,700.00 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 1

Debtor    Nguoi Dep, LLC
        Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Finance Authority of Maine<br>Attn: Director Of Business Programs<br>P.O. Box 949<br>Augusta, ME 04332 | | Business loan | | | | $156,868.10 |
| 10 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Payroll taxes | | | | $10,000.00 |
| 11 | Jenny Vo<br>22 Wild Apple Lane<br>Cumberland Center, ME 04021 | | Wage owed through March 11, 2024 | | | | $1,555.27 |
| 12 | Kianan McDonald<br>226 Stevens Ave. Apt. 9<br>Portland, ME 04102 | | Wage owed through March 11, 2024 | | | | $1,945.87 |
| 13 | Maine Revenue Service<br>PO Box 1065<br>Augusta, ME 04332-1065 | | Sales Tax | | | | $57,000.00 |
| 14 | Maine Revenue Service<br>PO Box 1065<br>Augusta, ME 04332-1065 | | Payroll taxes | | | | $7,500.00 |
| 15 | Meade Aronson<br>28 Haley Street<br>Lewiston, ME 04240 | | Wage owed through March 11, 2024 | | | | $2,490.15 |
| 16 | OnDeck<br>4700 W. Daybreak Pkwy Suite 200<br>South Jordan, UT 84009 | | Merchant cash advance loan | | | | $38,187.40 |
| 17 | Revenued LLC<br>525 Washington Blvd<br>Jersey City, NJ 07310 | | Merchant Cash Advance Loan | | | | $13,701.81 |
| 18 | Serra David<br>1268 Congress Street<br>Portland, ME 04102 | | Wage owed through March 11, 2024 | | | | $1,642.32 |
| 19 | The Swanson Group, LLC<br>838 Main Street<br>Westbrook, ME 04092 | | Services | | | | $7,250.00 |
| 20 | US Small Business Administration<br>Little Rock Servicing Center<br>2120 Riverfront DR. Suite 100<br>Little Rock, AR 72202-1747 | | EIDL | | | | $500,000.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

IN RE: **Nguoi Dep, LLC**                  CASE NO

                                                         CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    03/13/2024      Signature                 /s/ Vien Dobui
                                                                    Vien Dobui, Co-Owner

Amelia Hundt
66 Cumberland Road
South Portland, ME 04106

American Express
PO Box 1270
Newark, NJ 07101

American Express
PO Box 1270
Newark, NJ 07101

Ashley Ogando
67 Mountfort Street
Portland, ME 04101

Bangor Savings Bank
PO Box 930
Bangor, ME 04402

Benay Enterprises
533 Congress Street
Portland, ME 04101

Bitty Advance
1855 Griffin Road
Dania, FL 33004

Brian Doody
19 Melbourne Street Apt. 2
Portland, ME 04101

Central Maine Power
83 Edison Dr.
Augusta, ME 04336

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Dana Guth
14 Boynton Street
Portland, ME 04102

Darin Gregory
206 Spring Street
Portland, ME 04102

Dayton 59, LLC
PO Box 4510
Portland, ME 04112

Finance Authority of Maine
Attn: Director Of Business Programs
P.O. Box 949
Augusta, ME 04332

Gulf of Maine
736 Leighton Point Rd
Pembroke, ME 04666

Hannah Tower
65 Longfellow Street
Portland, ME 04103

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Jeffrey Sheahan
7 Boston Post Road
Amherst, NH 03031

Jenny Vo
22 Wild Apple Lane
Cumberland Center, ME 04021

Jeremy Fischer
Drummond Woodsum
84 Marginal Way STE 600
Portland, ME 04101

Joshua Sears
3 Harpswell Place
Brunswick, ME 04011

Kianan McDonald
226 Stevens Ave. Apt. 9
Portland, ME 04102

Maine Revenue Service
PO Box 1065
Augusta, ME 04332-1065

Meade Aronson
28 Haley Street
Lewiston, ME 04240

Office of the U.S. Attorney
100 Middle Street, Suite 6
Portland, ME 04101


OnDeck
4700 W. Daybreak Pkwy Suite 200
South Jordan, UT 84009


Revenued LLC
525 Washington Blvd
Jersey City, NJ 07310


Serra David
1268 Congress Street
Portland, ME 04102


Sheahan Family Trust Capital
4 Dogwood Rd
Salem, NH 03079


Stephany McKean
177 Harriet Street
South Portland, ME 04106


Summit Supply
25 Commercial Dr.
Exeter, NH 03833


The Swanson Group, LLC
838 Main Street
Westbrook, ME 04092

Unitil
376 Riverside Industrial Parkway
Portland, ME 04103

US Small Business
Administration
Little Rock Servicing Center
2120 Riverfront DR. Suite 100
Little Rock, AR 72202-1747

Vien Dobui and
95 Morning St. #2
Portland, ME 04101

Zoom Drain
39 Immersion Dr Suite 1
Scarborough, ME 04074